UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                            Case No.:     09-37456-BKC-EPK
                                     Chapter 7

TRIANA, RUDOLPH J, JR

          Debtor(s).                /

NOTICE OF DEPOSIT OF FUNDS WITH THE
U. S. BANKRUPTCY COURT CLERK

```
┌────────────────────────────────────┐
│ U.S. BANKRUPTCY COURT              │
│ SO. DISTRICT OF FLORIDA-WPB        │
│                                    │
│         MAR 09 2011                │
│                                    │
│ FILED  /t/   RECEIVED              │
└────────────────────────────────────┘
```

Notice is hereby given that:

( )     The Trustee has a balance of $*** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(X)     The Trustee has a balance of $2.74 remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: March 4, 2011

                                           _____
                                           Michael R. Bakst, Trustee, Trustee
                                           PMB702, 222 Lakeview Avenue, St 160
                                           West Palm Beach, FL  33401-6145
                                           Telephone:  (561) 838-4539
                                           Facsimile:   (561) 514-3439
                                           Email:         baksttrustee@ruden.com



**PAID**
#134660 MC

NAME:   TRIANA, RUDOLPH J, JR

CASE NO:   09-37456-BKC-EPK

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 13 | TEI Bioscience<br>7 Elkins Street<br>Boston, MA 02127 | $789.44 | $2.74 |
|  |  | Total: | $2.74 |

cc: Creditor(s) listed above